SIGNED.

Dated: November 21, 2011

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

Sarah S. Curley, Bankruptcy Judge

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GORDON DENNIS & CAROLINE LOUISE PEKRUL |
| **Case Number:** | 2:10-bk-32320-SSC  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 02, 2011 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matters:

1) **ADV: 2-11-00039**

   **US TRUSTEE vs GORDON DENNIS PEKRUL**

   HEARING ON MOTION FOR SANCTIONS AND PRE TRIAL CONFERENCE

   R / M #:   1 / 0

2) **ADV: 2-11-00621**

   **GEMB Lending, Inc. vs GORDON DENNIS PEKRUL**

   HEARING RE Motion to Dismiss Complaint filed by CAROLINE LOUISE PEKRUL, GORDON DENNIS PEKRUL

   R / M #:   14 / 0

### Appearances:

JENNIFER A. GIAIMO, ATTORNEY FOR US TRUSTEE
STERLING R. THREET, ATTORNEY FOR GEMB LENDING, INC.
GORDON & CAROLINE PEKRUL

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　2:10-bk-32320-SSC　　　　WEDNESDAY, NOVEMBER 02, 2011 10:00 AM

## *Proceedings:*

1) Mr. Pekrul states that Ms. Giaimo has made statements that are not correct. He explains that he spoke with the receptionist at the US Trustee's office. Ms. Giaimo states that she has had numerous problems and lack of cooperation from the debtors. She asked the court to set a trial date for one day.

COURT: THE COURT NOTES THAT THERE MAY HAVE BEEN CONFUSION WHEN MR. PEKRUL ARRIVED AT THE US TRUSTEE'S OFFICE, AND FINDS THAT BOTH SIDES ARE IN ERROR. IT IS ORDERED THAT THE MOTION FOR SANCTIONS IS DENIED. IT IS FURTHER ORDERED SETTING A ONE DAY TRIAL FOR **FEBRUARY 15, 2012 AT 10:00 A.M.** IT IS FURTHER ORDERED THAT THE JOINT PRE-TRIAL ORDER SHALL BE SERVED ON THE OTHER SIDE AND FILED BY **FEBRUARY 8, 2012.** PARTIES ARE DIRECTED TO EXCHANGE LISTS OF WITNESSES AND COPIES OF ALL EXHIBITS TO BE UTILIZED AT THE HEARING, INCLUDING IMPEACHMENT EVIDENCE. ANYTHING NOT SO DISCLOSED WILL NOT BE CONSIDERED BY THE COURT.

2) Mr. Threet provides background of the proceeding and goes the pleadings filed. He states that his client is entitled to 30 days notice, and that GEMB was not on the debtors' master mailing list. Mr. Pekrul states that GEMB had plenty of time as the amendment to the mailing list was filed on 11/24/10.

COURT: IT IS ORDERED GRANTING THE MOTION TO DISMISS COMPLAINT. IF MR. THREET HAS A BASIS, HE MAY FILE A MOTION FOR RECONSIDERATION.

_____
HONORABLE SARAH SHARER CURLEY
United States Bankruptcy Judge

Copies of the foregoing emailed to

Jennifer.A.Giaimo@usdoj.gov
Gordon Pekrul, gpvette65@hotmail.com

By Wanda Garberick
　　Deputy Clerk