FORM advntry

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:10−bk−32320−SSC |
| GORDON DENNIS PEKRUL and CAROLINE LOUISE PEKRUL | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| GEMB Lending, Inc. | Adversary No.: 2:11−ap−00621−SSC |
| *Plaintiff(s)* | |
| *v.* | |
| GORDON DENNIS PEKRUL et al. | |
| *Defendant(s)* | |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on 11/22/2011, the Court entered the attached judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 22, 2011**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**