# Notice Recipients

District/Off: 0970−2  User: oglen  Date Created: 11/22/2011
Case: 2:11−ap−00621−SSC  Form ID: advntry  Total: 6

**Recipients of Notice of Electronic Filing:**
dft   GORDON DENNIS PEKRUL   gpvette65@hotmail.com
aty   STERLING R. THREET   srthreet@azbar.org

                                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   GEMB Lending, Inc.   c/o Sterling R. Threet, Esq.   2345 E. University Drive   Suite #2   Mesa, AZ 85213
dft   CAROLINE LOUISE PEKRUL   23623 N. SCOTTSDALE RD #D3−285   SCOTTSDALE, AZ 85255
ust   U.S. TRUSTEE   OFFICE OF THE U.S. TRUSTEE   230 NORTH FIRST AVENUE   SUITE 204   PHOENIX, AZ 85003
ust   Deborah Munson   USt Trustee   230 N 1st Ave, Suite 200   Phoenix, AZ 85003

                                                                                          TOTAL: 4