# Notice Recipients

District/Off: 0970–2      User: oglen      Date Created: 11/22/2011

Case: 2:11–ap–00621–SSC      Form ID: pdf005      Total: 6

**Recipients of Notice of Electronic Filing:**

dft      GORDON DENNIS PEKRUL      gpvette65@hotmail.com

aty      STERLING R. THREET      srthreet@azbar.org

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla      GEMB Lending, Inc.      c/o Sterling R. Threet, Esq.      2345 E. University Drive      Suite #2      Mesa, AZ 85213

dft      CAROLINE LOUISE PEKRUL      23623 N. SCOTTSDALE RD #D3–285      SCOTTSDALE, AZ 85255

ust      U.S. TRUSTEE      OFFICE OF THE U.S. TRUSTEE      230 NORTH FIRST AVENUE      SUITE 204      PHOENIX, AZ 85003

ust      Deborah Munson      USt Trustee      230 N 1st Ave, Suite 200      Phoenix, AZ 85003

TOTAL: 4